# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2016

## NO. 03-15-00513-CV

**Elwyn D. Shumway, Appellant**

**v.**

**Whispering Hills of Comal County Texas Property Owners Association, Inc., Appellee**

### APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on July 22, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.